IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BACHUBHAI NARANDAS PATEL,

     Plaintiff,

vs.                                                                      No. 26-2708

MARKWAYNE MULLIN, et al.,

     Defendants.

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is a motion for Margaret W. Wong, to appear on behalf of Plaintiff, filed on June 23, 2026. (ECF No. 9). After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d).

The motion is thus GRANTED. Margaret W. Wong is admitted pro hac vice to appear on behalf of , in the above-captioned matter. IT IS SO ORDERED, this 13th day of July, 2026.

                      s/Mark S. Norris

                      MARK S. NORRIS
                      UNITED STATES DISTRICT COURT JUDGE