**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

BACHUBHAIN ARANDAS PATEL,

Petitioner,

v. Case No. 2:26-cv-2708-MSN-atc

CHRISTOPHER BULLOCK,

Respondent.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1), filed June 19, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting In Part Petition for Writ of Habeas Corpus (ECF No. 30), the Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED IN PART**, and Respondent is **ORDERED** to give Petitioner an individualized bond hearing under 8 U.S.C. § 1226(a) in accordance with the Court's Order.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

November 9, 2026
Date